# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5066**　　　　　　　　　　　　　　　**September Term, 2024**

**1:25-cv-00465-TNM**

**Filed On:** March 17, 2025

United States Conference of Catholic Bishops,

　　　Appellant

　　v.

United States Department of State, et al.,

　　　Appellees

**BEFORE:**　Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for an injunction pending appeal and for expedited appeal, it is

**ORDERED** that appellees respond to the motion by 12:00 noon on March 21, 2025. Any reply is due by 12:00 noon on March 25, 2025.

### Per Curiam

　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　BY:　/s/
　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　Deputy Clerk