# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States Conference of Catholic Bishops

v.  **Case No:** 25-5066

United States Department of State, et al.

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

⦿ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 24-02-2025 | Hearing on Motion for Temporary Restraining Order | Janice Dickman |
| 04-03-2025 | Hearing on Motion for Preliminary Injunction | Lisa Edwards |
| | | |
| | | |
| | | |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

The transcripts for the temporary restraining order hearing and the preliminary injunction hearing were previously entered into the record on 2/24/2025 (temporary restraining order hearing), and 3/4/2025 (preliminary injunction hearing). The transcripts should be transmitted by the Clerk of the District Court of the District of Columbia as part of the record.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit via the Court's electronic-filing system. I certify that all participants in this case are registered users of the Court's electronic-filing system and have thereby been served at the time of filing.

                    */s/ David W. Casazza*
                    David W. Casazza
                    GIBSON, DUNN & CRUTCHER LLP
                    1700 M Street, N.W.
                    Washington, D.C. 20036-4504
                    (202) 955-8500
                    DCasazza@gibsondunn.com