ORAL ARGUMENT NOT YET SCHEDULED

No. 25-5066

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――――――――

UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,

*Plaintiff-Appellant*,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,

*Defendants-Appellees*.

―――――――――

On Appeal from the United States District Court
for the District of Columbia
No. 1:25-cv-00465-TNM, Judge Trevor N. McFadden

―――――――――

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL
―――――――――

| | |
|---|---|
| William Quinn | Dhananjay Manthripragada |
| Shannon Eckman | Nick Harper |
| UNITED STATES CONFERENCE | David W. Casazza |
| OF CATHOLIC BISHOPS | Connor P. Mui |
| 3211 Fourth Street, N.E. | Aly Cox |
| Washington, D.C. 20017 | Laura Stanley |
| (202) 541-3300 | Hunter Mason |
| WQuinn@usccb.org | Audrey Payne |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1700 M Street, N.W. |
| | Washington, D.C. 20036-4504 |
| *Counsel for Plaintiff-Appellant* | (202) 955-8500 |
| | DCasazza@gibsondunn.com |

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Plaintiff-Appellant United States Conference of Catholic Bishops ("Conference") respectfully moves to dismiss this appeal, which arises from the denial of the Conference's motion for a preliminary injunction.

Counsel for the Conference conferred with counsel for Defendants-Appellees, and Defendants consent to the motion. The parties agree to bear their own costs.

April 24, 2025

Respectfully submitted,

*/s/ David W. Casazza*

William Quinn
Shannon Eckman
UNITED STATES CONFERENCE OF CATHOLIC BISHOPS
3211 Fourth Street, N.E.
Washington, D.C. 20017
(202) 541-3300
WQuinn@usccb.org

Dhananjay Manthripragada
Nick Harper
David W. Casazza
Connor P. Mui
Aly Cox
Laura Stanley
Hunter Mason
Audrey Payne
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
DCasazza@gibsondunn.com

1

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 58 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

April 24, 2025

/s/ *David W. Casazza*
David W. Casazza
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
DCasazza@gibsondunn.com