# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5066 September Term, 2024

1:25-cv-00465-TNM

Filed On: May 2, 2025

United States Conference of Catholic Bishops,

    Appellant

    v.

United States Department of State, et al.,

    Appellees

## **O R D E R**

Upon consideration of the unopposed motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:   /s/
           Erica Thorner
           Deputy Clerk