# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5066**                        **September Term, 2024**

1:25-cv-00465-TNM

**Filed On: May 2, 2025** [2114111]

United States Conference of Catholic Bishops,

        Appellant

     v.

United States Department of State, et al.,

        Appellees

## M A N D A T E

In accordance with the order of May 2, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                        BY:     /s/
                                 Erica M. Thorner
                                 Deputy Clerk

Link to the order filed May 2, 2025